JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| PAYMAN BORHAN, | ) | NO. CV 06-06278-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON DAVIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2017.


_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE